DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

PATRICK JOSEPH ODOR,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2023-2450

_____

December 19, 2025

Appeal from the Circuit Court for Hillsborough County; Michael S. Williams and Samantha L. Ward, Judges.

Blair Allen, Public Defender, and Kevin Briggs, Assistant Public Defender, Bartow, for Appellant.

James Uthmeier, Attorney General, Tallahassee, and David Campbell, Assistant Attorney General, Tampa, for Appellee.

KHOUZAM, Judge.

As to the Appellant's judgment and sentence for trafficking in oxycodone (count one), this appeal is dismissed as untimely. The Appellant's judgment and sentence for possession of a firearm (count two) is affirmed.

Dismissed in part; affirmed in part.

NORTHCUTT and MORRIS, JJ., Concur.

_____

Opinion subject to revision prior to official publication.